v.

CLARKE COUNTY SCHOOL DISTRICT, Defendant–Appellee.

No. 09–12164.

United States Court of Appeals, Eleventh Circuit.

April 5, 2010.

Jonathan A. Zimring, Zimring Law Firm, Decatur, GA, Andrew H. Marshall, Begnaud & Marshall, LLP, Athens, GA, for Plaintiffs–Appellants.

Harold N. Eddy, Jr., Harben, Hartley & Hawkins, LLP, Gainesville, GA, Thomas A. Cox, Atlanta, GA, for Defendant–Appellee.

Before BIRCH, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

After careful review of the record and briefs of the parties, as well as having had the benefit of oral argument, we AFFIRM the judgment of the district court.